IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CRIMINAL NO. 08-30197-02-GPM |
| TERRELL R. COOKS, | ) ) |
| Defendant. | ) ) |

## ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

Defendant Terrell Cooks pleaded guilty to Count One of the Indictment on May 28, 2009, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **Monday, August 31, 2009, at 9 a.m.**, at the East St. Louis, Illinois Courthouse.

**IT IS SO ORDERED.**

DATED: 6/19/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge